# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. SANSONE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., et al.,<br><br>Defendants. | Case No.: 17-cv-01880-WQH (JLB)<br><br>**ORDER: (1) GRANTING JOINT MOTION TO EXTEND DEADLINE FOR MOTION TO AMEND PLEADINGS; AND (2) ISSUING AMENDED SCHEDULING ORDER**<br><br>**[ECF Nos. 10, 14]** |

Before the Court is the parties' Joint Motion for an Order to Extend the Deadline for Plaintiffs to Move to Amend Their Pleadings. (ECF No. 14.) The parties request a fourteen (14) day extension of the deadline to file a motion to amend the pleadings or join parties. (*Id*. at 3.) For good cause shown, the Court **GRANTS** the joint motion and amends the Scheduling Order (ECF No. 10) as follows:

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **December 15, 2017**.

2. All discovery that relates to class certification must be completed by all parties by **February 16, 2017**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by

the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

Discovery motions must be filed in the time and manner directed by Magistrate Judge Burkhardt (*see* Judge Burkhardt's Civil Chambers Rules on Discovery Disputes available on the Court's website). All discovery motions must be filed within 30 days of the service of an objection, answer, or response which becomes the subject of dispute, or the passage of a discovery due date without response or production, and only after counsel (and any unrepresented parties) have met and conferred to resolve the dispute **and** complied with Section IV.B. of Judge Burkhardt's Civil Chambers Rules.

3. Plaintiffs' class certification motion must be filed by **March 16, 2017**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard.

4. The Court defers issuing the remainder of the pretrial schedule until the Court has ruled on the motion for class certification. The parties shall contact Judge Burkhardt's chambers within three (3) calendar days of the Court's ruling on the motion for class certification in order to request another Case Management Conference. Should the Court hold another Case Management Conference, counsel should be prepared to articulate

whether and what good cause (specific to this case) exists to modify and/or set specific dates for the remainder of this case's pretrial schedule.

5. The parties must review the chambers' rules for the assigned district judge and magistrate judge.

6. The dates and times set forth herein will not be modified except for good cause shown.

7. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

8. Plaintiffs' counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: November 21, 2017

Hon. Jill L. Burkhardt
United States Magistrate Judge