

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer M. Sansone, Individually and on Behalf of Other Members of the Public Similarly Situated<br><br>**Plaintiff,**<br><br>V.<br><br>Charter Communications, Inc.; TWC Administration LLC; Does 1-25, inclusive<br><br>**Defendant.** | Civil Action No. 17CV1880-WQH(JLB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion for Summary Judgment filed by Defendants Charter Communications, Inc.; Charter Communications, LLC; and TWC Administration LLC is granted. Judgment is entered for Defendants and against Plaintiffs.

**Date:** 9/18/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy