MESERVY LAW, P.C.
LONDON D. MESERVY (SBN: 216654)
london@meservylawpc.com
401 West A Street, Suite 1712
San Diego, CA 92101
Telephone:  858.779.1276
Facsimile:  866.231.8132

DENTE LAW, P.C.
MATTHEW S. DENTE (SBN: 241547)
matt@dentelaw.com
5040 Shoreham Place
San Diego, CA 92122
Telephone:  619.550.3475
Facsimile:  619.342.9668

MORELLO LAW, P.C.
JUSTIN A. MORELLO (SBN: 239250)
justin@morellolawpc.com
3170 Fourth Avenue, Suite 250
San Diego, CA 92103
Telephone:  619.277.4677
Facsimile:  619.924.4268

Attorneys for Plaintiffs Jennifer M. Sansone and Baldemar Orduno, Jr. and for Members of the Classes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. SANSONE, and BALDEMAR ORDUNO, JR., Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS, LLC, AND TWC ADMINISTRATION, LLC,<br><br>Defendants. | Case No.:   3:17-cv-01880-WQH (JLB)<br><br>**PLAINTIFFS NOTICE OF MOTION AND MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(b) AND STAY OF REMAINING PROCEEDINGS**<br><br>Judge:       Hon. William Q. Hayes<br>Date:         July 5, 2022<br><br>Complaint filed: August 10, 2017<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Jennifer M. Sansone ("Plaintiff Sansone") and Baldemar Orduno, Jr. ("Plaintiff Orduno") (Plaintiff Sansone and Plaintiff Orduno are collectively referred to as "Plaintiffs") will and hereby do move this Court for entry of final judgment on their third claim for waiting time penalties under § 203[1], on July 5, 2022 before the Honorable William Q. Hayes at 333 West Broadway, San Diego, CA 92101, with no oral argument unless the Court elects to hear oral argument.

Plaintiffs' § 203 claim was the subject of Defendants' motion for partial summary judgment (ECF 135), which this Court recently granted. (ECF 142.) Because all factors supporting entry of Federal Rule of Civil Procedure 54(b) judgment are satisfied, Defendants would not be prejudiced, and have not raised any reasoned objection, there is no just reason to delay entering final judgment as to Plaintiffs' § 203 claim to allow for an immediate appeal.

This motion is made under the Federal Rules of Civil Procedure, Rule 54(b) and is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, and attached exhibits, all pleadings and papers filed in this action, and upon such other matters as may be presented to the Court at the time of the hearing should the Court order oral argument.

Dated: May 27, 2022

MESERVY LAW, P.C.
DENTE LAW, P.C.
MORELLO LAW, P.C.

By: /s/ Justin A. Morello
JUSTIN A. MORELLO (SBN: 239250)
justin@morellolawpc.com

Attorneys for Plaintiffs Jennifer M. Sansone and Baldemar Orduno, Jr. and for Members of the Classes

---

[1] Any use of only "§" refers to a section of the California Labor Code.