UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. SANSONE, and BALDEMAR ORDUNO, Jr., Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.; TWC ADMINISTRATION LLC; CHARTER COMMUNICATIONS, LLC; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 17-cv-1880-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Unopposed Motion to Allow Remote Listening of Oral Argument Scheduled on August 5, 2024 (ECF No. 223) is granted. Defendants' in-house counsel, Cheryl Manley, may listen remotely to the hearing on August 5, 2024, at 2:00 p.m. Courtroom Deputy Kim Sellars will contact Defendants' counsel to provide the telephonic hearing information.

Dated:  July 31, 2024

*William Q. Hayes*

Hon. William Q. Hayes
United States District Court

1