UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. SANSONE, and BALDEMAR ORDUNO, Jr., Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.; TWC ADMINISTRATION LLC; CHARTER COMMUNICATIONS, LLC; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 17-cv-1880-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

The matter before the Court is Plaintiffs' Unopposed Motion to Stay Pending Resolution of Plaintiffs' Rule 23(f) Petition and Potential Appeal Or, in the Alternative, to Continue Current Deadlines in the Court's August 28, 2025 Scheduling Order ("Motion to Stay"), filed on October 14, 2025. (ECF No. 257.) Plaintiffs request that the Court stay this action "pending the Ninth Circuit's decision [on] their Rule 23(f) Petition regarding this Court's order decertifying the Vacation Pay Class [] and, if granted, their appeal." *Id.* at 2.

The docket reflects that no party has filed an Opposition to the Motion to Stay. Additionally, the Motion to Stay states that "Defendants do not oppose Plaintiffs' requested

1  stay and thus do not feel they would be prejudiced or otherwise injured should the stay be
2  granted." *Id.* at 5. The Court accordingly finds good cause to grant the unopposed stay
3  requested by Plaintiffs.
4      IT IS HEREBY ORDERED that Plaintiffs' Motion to Stay (ECF No. 257) is granted.
5  This action is stayed pending the ruling of the Ninth Circuit Court of Appeals on Plaintiffs'
6  Rule 23(f) Petition (*see* ECF No. 258-1) and, if granted, the outcome of Plaintiffs' appeal.

8  Dated:  October 20, 2025

*[signature]*
Hon. William Q. Hayes
United States District Court